IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-00814-KLM

Lori Gama,

    Plaintiff,

v.

U.S. Bank National Association and
Nationstar Mortgage, LLC,

    Defendant.

---

## STIPULATED ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

_____ 8/19/15
Matthew S. Coombs
Gantenbein Law Firm, LLC
Attorney for Plaintiff

_____ 8/19/2015
Ashley E. Calhoun
Akerman LLP
Attorney for Defendants

SO ORDERED

Dated: 8/20/15

_____
Hon. Kristen L. Mix
United States Magistrate Judge